Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Jacksonville Division

Johnny L. Jones
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

D. Williams, L.T. Spradley.
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-1228-BJD-LLL
(to be filled in by the Clerk's Office)

Provided to Suwannee Correctional Institution on:
OCT 27 2023
for mailing, by:

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Johnny L. Jones
All other names by which you have been known:
ID Number: V15226
Current Institution: Suwannee C.I.
Address: 5964 U.S. Hwy 90
Live Oak, FL 32060
*City* *State* *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: D. Williams
Job or Title (if known): Correctional Officer
Shield Number:
Employer: Department of Correction - Suwannee C.I.
Address: Suwannee C.I. 5964 U.S. Hwy 90
Live Oak, FL 32060
*City* *State* *Zip Code*
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: LT. Spradley
Job or Title (if known): Lieutenant
Shield Number:
Employer: Dept. of Corrections - Suwannee C.I.
Address: 5964 U.S. Hwy 90
Live Oak, FL 32060
*City* *State* *Zip Code*
[✓] Individual capacity  [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   City    State    Zip Code
   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   City    State    Zip Code
   ☐ Individual capacity    ☐ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A.  Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☑ State or local officials (a § 1983 claim)

   B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

      8th Amendment Constitutional

   C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

LT. Spradley moved Cook to my cell and told him he would pay him to hurt me for filing lawsuits. He then walked away from my cell after being to I would be killed and left me to be cut and tied up for over 4 hours. C.O.D. Williams saw me bleeding cut and tied and left the cell door without doing anything

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was in F Dorm at Suwannee C.I. when I started to be told several officers were trying to get inmates to beat me or kill me for filing a lawsuit on another officer at the institution. I notified Inspector General's office, Classification and my lawyer by Securus. Shortly after I was moved to E dorm and given a D.R. for refusing to go back into the cell.

Continued on attached 4B

Page 4 of 11

4B

Continued From 4A

Once In E2112 I was housed Alone For two weeks, And then moved to E2213. 3 days later LT. Spradley moved Aaron Cook to my Cell. At First I refused, then was told I would be given a DR. So I let him in.

After a week or like 10 days he started screaming he had a psychological Emergency, and he was going to kill himself and his roommate. It was App 9:30 on 9-22-2023 when LT. Spradley walked to the door, and left Doing Nothing As Cook Screamed "Where is my Tablet, And Ciggarettes? I Did what you told me to do. I now have Him tied up as a Hostage, And I have Cut him And myself. This went on For hours.

C.O. D. Williams Came to the cell door several times, And saw me tied up, Cut on the Arm, And head with blood all over. He saw blood All over the window And Saw the Knife. He left the cell door laughing.

Later that day LT. Williams, and the Chaplain Came to my door, and talked to Cooks for An hour as I lay Cut up bleeding And tied up.

At App 1:50 pm I was finally removed from the cell, And the bonds had to be cut off.

I filed grievances to Every level, Formal, Informal And to Tallahassee with No responses. I requested Audio, And Video be held from E2 From 9:30 Am - 1:50 pm on 9-22-2023. I then wrote letters to the Warden And Inspector.

They were deliberately Indifferent to the danger I and Abuse I suffered which Caused me to be Cut on the Arm And head, Leaving marks which will never go away. And causing psychological damage/Trauma from being tied, Cut and In fear of losing my life for over 4 hours with Staff leaving the cell. After finding out this was orchestrated by LT. Spradley.

C. What date and approximate time did the events giving rise to your claim(s) occur?

9-22-2023

9:30 Am - 1:50 pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

LT. Spradley Put An Inmate In my Cell to beat me And kill me. I was Cut and tied up by Aaron Cook with several officers coming to the Cell door And leaving. After seeing me tied up bleeding And Cut. And seeing my roommate had Cut his self All over the Arms, And Face And Put blood All over the Cell, And Cell window. And Showing them the Knife. They kept me In the Cell tied up, And bleeding with the man wielding A Knife For over 4 hours

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was Cut over the head, And Arm. The Nurse only gave me Chemicals to Clean the wounds myself then Put Some Ointment on them. One wound left A huge Permanent Scar. One left A Smaller Permanent Scar.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Issue A DEClaratory Judgment State: The Abuse of Plaintiff by Cooks Violated the Plaintiffs Rights under 8th Amendment to the U.S.C.. LT. Spradley And C.O. D. Williams Actions Caused Plaintiff harm, And the failure to take Action Sooner to Curb the Physical Abuse of Prisoner Violated Plaintiffs Rights under 8th Amendment U.S.C. And Constituted An Assault, And Battery under state law

2. Issue An Injunction ordering Warden to transfer Plaintiff to Facility out of Region 1 And 2

3. Compensatory Damages In the Following Amounts $200,000 Jointly And Severally Against Defendant Spradley And D. Williams For the physical And Emotional Injuries Sustained As A Result of the Plaintiffs beating Cutting, Tying,

4. Award Punitive Damages In the Following Amounts: $200,000 each against Defendants Spradley And Williams

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Suwannee Correctional Institution

Attached Are Two letters Showing I was Complaining And Asking For help Filing Grievances Prior to the Assault And After

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Provided to Suwannee Correctional Institution on:
AUGUST 24 2023
for mailing, by: fw
copy

Office of The Attorney General
PL-01 The Capital
Tallahassee, FL 32399

10-24-2023

To Whom This May Concern,

On 9-22-2023 At Suwannee C.I. In Live Oak Florida, between the hours of 9:30 Am - 1:50 pm I was held hostage, and cut up by my roommate Aaron Cook. Several officers and LT's came by the cell door as my roommate screamed he had a psychological emergency, and that he was about to kill his roommate and himself.

These officers heard my screams for help, and looked in the cell window to see me bleeding, and tied up. They all saw my roommate had cut his self, and had put blood all over the cell window. They saw him with the knife.

I have filed several grievances at every level, and received no response. They are trying to cover it up, and refuse to do anything. My Informal, formal or grievances to Tallahassee are being ignored. My roommate, and other Inmates wrote signed statements which I tried to send to a lawyer for safe keeping but I don't know if they lawyer ever recieved them.

In the grievances I requested audio, and video be held from E dorm wing 2 on 9-22-2023 from 9:30 Am - 1:50 pm This is also my evidence that I have done everything to exhaust my remedies. My life is in Danger At this Institution.

P.s. The camera shows the Ropes had to be cut off me when they finally pulled me from the cell 4 hours later.

Respectfully Submitted
Johnny L. Jones V15226
Suwannee C.I.
5964 U.s. Hwy 90
Live Oak, FL 32060

Provided to Suwannee Correctional Institution on: JUL 2 0 2023 for mailing, by:

Mr. Lester Fernandez
501 S. Calhoun St
Tallahassee FL 32399

Dear Mr. Fernandez,

My life and liberty is in danger, and I am being denied all help and assistance. I am in fear of my life.

It has become known to several officers that I filed a lawsuit (Case No. 5:14-CV-50 Ocala Division) and won settlement against D.O.C officers for beating me and spraying me. They have been told I have lawsuit pending against Sgt. Deloach who works at this Prison (Case No. 3:22-CV-384 Jacksonville Division) and I am being targeted.

Last year I was sexually harassed and assaulted by C.O. McClain at this Institution. Now I am constantly receiving threats that I will be punished and stuck on C.M. as long as I am in Region 2 or 1.

I have filed several grievances which do not receive replies. I have written my lawyer Terri Parker of Shook, Hardy Bacon. None of my legal mail is mailed out and I have filed grievances concerning that issue. The only letter she received is the one I have given her coworker at legal visit.

I am asking you to please get me transferred to a C.M. camp in Region 3. I have talked to my family.

My medical conditions are being denied and I am in constant pain. Before they

Found out I had lawsuit pending I was receiving treatment.

I Am also in the process of filing A lawsuit Against Another officer here but will be willing to drop it, and let it go if I can just be transferred from around this Danger. I do not want Any problems. Please help me And work Speedily.

Thank You

7-20-2023

Johnny L. Jones V15226
Suwannee C.I.
5964 U.S. Hwy 90
Live Oak, FL 32060

I Am sending A letter to Heather Robinson And Attorney General Ravi Sharma today as well.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

I filed Informal Grievance to the Institution, And recieved no response. I Then Filed the Formal Grievance to the Warden, And to the Inmate Bureau of Grievance In Tallahassee. I recieved No Response so I wrote the Inspector General office a letter which I have Attached As An Exhibit.

2. What did you claim in your grievance?

My 8th Amendment Rights were Violated when LT. Spradley put a dude In my cell to hurt me then, they did nothing As he cut And tied me And screamed out the door he had Psyche Emergency. And was goin to kill me And hisself. Then he showed them the cuts And blood And the knife And they did nothing.

3. What was the result, if any?

No Response

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I Filed to Tallahassee Department of Inmate Grievance Bureau. I Also wrote Another letter to Inspector General, which I have Attached Along with the letter I wrote Informing them Prior to the Assault And Battery.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

      NA

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

      NA

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   There IS A letter I wrote prior to the Assault, Informing the Inspector General, And the Institution of what was being said. The Threat on my Life by Staff. There IS A letter I wrote After recieving No Responses To my Grievances Those let

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No    I have Filed lawsuits but not dealing with these same facts or same situation.

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    NA
   Defendant(s)   NA

2. Court *(if federal court, name the district; if state court, name the county and State)*
   NA

3. Docket or index number
   NA

4. Name of Judge assigned to your case
   NA

5. Approximate date of filing lawsuit
   NA

6. Is the case still pending?
   ☐ Yes   NA
   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   NA

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   NA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) __NA   Previous lawsuit was not concerning Conditions of__
    Defendant(s) __Confinement__

2. Court *(if federal court, name the district; if state court, name the county and State)*

    __NA   Previous lawsuits were not concerning Conditions of Confinement__

3. Docket or index number

    __NA__

4. Name of Judge assigned to your case

    __NA__

5. Approximate date of filing lawsuit

    __NA__

6. Is the case still pending?

    ☐ Yes          NA
    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    __NA__

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-27-2023

Signature of Plaintiff: Johnny L. Jones
Printed Name of Plaintiff: Johnny L. Jones
Prison Identification #: V15226
Prison Address: Suwannee C.I. 5964 US Hwy 90
Live Oak, FL 32060

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address